**JS6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NINA TRAN, as an Individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, SOCIAL SERVICES, a California public entity; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:23-cv-00681-RGK (KESx)<br>Assigned to:<br>Hon. R. Gary Klausner –<br>Crt. Rm: 850<br>Magistrate: Karen E. Scott –<br>Crt. Rm: 6D<br><br>[~~PROPOSED~~] **JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF ORANGE**<br><br>Action Date:　3/13/23<br>Trial Date:　11/26/24 |

　　　Defendant COUNTY OF ORANGE filed a Motion for Summary Judgment. (See ECF #27) There were no oral arguments regarding the Motion for Summary Judgment pursuant to a Scheduling Order issued by the Court on July 18, 2024. (See ECF #35.)

　　　After reviewing all papers filed in support of summary judgment, as well as all papers filed in opposition, the Court issued an order on August 1, 2024, granting COUNTY OF ORANGE's Motion for Summary Judgment. (See ECF #36)

　　　Thus, **IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant COUNTY OF ORANGE and against Plaintiff NINA TRAN, that Plaintiff NINA TRAN take nothing, that the action be dismissed on the merits with prejudice, and that Defendant COUNTY OF ORANGE is the prevailing party and is entitled to recover its costs incurred in this action in accordance with Federal Rule of Civil Procedure 54(d)(1) and Local Rules of this Court. This Judgment may be

1  amended to include any costs and other litigation expenses awarded to Defendant
2  COUNTY OF ORANGE by the Court.
3  **IT IS ORDERED AND ADJUDGED.**

7  DATED: 8/5/2024

_____
Hon. R. Gary Klausner
U.S. District Judge